

14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

# NORTH STAR SCIENTIFIC SOLUTIONS LLC

## CONSULTING AGREEMENT-ADDENDUM A

### ADDENDUM TO CONSULTING AGREEMENT EXECUTED JUNE 8, 2021

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement as of the date first written above.

MICHIGAN HEALTH CLINICS

By: *J. McLeod*
Name: Jesse McLeod
Title: Lab Director

("Company")

NORTH STAR SCIENTIFIC SOLUTIONS LLC

By: *Julie Taylor*
Name: Julie Taylor
Title: Member

("Consultant")

1

EXHIBIT
2



14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
https://www.northstarscientificsolutions.com

**EXHIBIT A (June 17, 2021) Phase 1**

**DESCRIPTION OF CONSULTING SERVICES**

Description of Services

1. The Consultant will ultimately complete the Project Plan attached to this addendum. The specific tasks (Phase 1) listed below in this section shall commence immediately upon executing this contract and receiving payment as described in Exhibit B (Compensation) of this addendum.
2. Further detail of the tasks listed below are in the Project Plan attached to this addendum.
3. Completion of Phase 1 Tasks as described here.
    a. Laboratory, Instruments & Supplies
        i. Instrument Selection, Sourcing, and Ordering
        ii. Analytical Instruments
        iii. Analytical Instrument Capacity
        iv. Small Equipment
    b. Consumable Selection, Sourcing, and Ordering
        i. General Lab Supplies & Consumables
        ii. Method Specific Consumables and equipment, solvents, chemicals, reference standards
        iii. Note: Ordering of consumables and small equipment will commence when the laboratory is ready.
    c. Complete Laboratory Design to optimize workflow
        i. Lab design
    d. LIMS
        i. Determine LIMS to use
    e. Personnel
        i. Determine Personnel Needed
        ii. Develop optimal organizational chart
        iii. Job Descriptions for Positions/Personnel Needed
        iv. Determine Option 1 or 2 for reviewing resumes and interviewing
    f. ISO/IEC 17025
        i. Quality Management System Software
            1. Review options and need for Quality Management System
            2. Select QMS
            3. Implement QMS
        ii. Develop ISO 17025 Policies and Procedures for MHC
            1. Develop Standard Operating Procedures
            2. Create "Logging Systems"



14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

## EXHIBIT B (June 17, 2021) Phase 1

## COMPENSATION

Consultant maintains two (2) payment arrangements for Services rendered by Consultant under this Addendum to the original Agreement. Fees for each task are described in the fee structure below. On a project fee basis, Company shall pay Consultant a certain amount of money, on the terms set forth below, to complete Phase 1 of the project described in Exhibit A June 17, 2021 above. On an hourly basis, Company shall pay Consultant at the rate of $200 for 1 (one) hour increments of Services, and Company agrees to pay Consultant according to the terms of the Consulting Agreement signed June 8, 2021. The Consultant will maintain a time sheet for hourly work to be submitted with the invoice. The Parties agree to the following Payment:

[X]  **Project Fee**. Company shall pay Consultant $29,400 (the "Project Fee") to complete Phase 1 of the project described in Exhibit A 17, 2021 above. Select one of the following payment terms:

   [ ]  Company shall pay **fifty percent (50%)** of the Project Fee to Consultant prior to Consultant beginning any of the Services.

   [X]  Company shall pay **one hundred percent (100%)** of the Project Fee to Consultant prior to Consultant beginning any of the Services.

[X]  **Hourly**. Company shall pay Consultant at a rate of $200 per hour of Services.

Company shall pay the Payment to Consultant by the following method:

[ ]  **Check**.

   Payable to:   North Star Scientific Solutions LLC
   Mailed to:    North Star Scientific Solutions LLC
                 14143 Denver West Parkway Suite 100
                 Golden, CO 80401
                 Attn: Julie Taylor

[ ]  **Credit Card**. Company shall be liable for a 2.9% processing fee.

3



14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

## FEE STRUCTURE

| Task | NS3 Fee |
|---|---|
| **Laboratory, Instruments & Supplies** | |
| **Instrument Selection, Sourcing, and Ordering** | |
| Analytical Instruments | $1,200 |
| Analytical Instrument Capacity | $600 |
| Small Equipment | N/A if ordered through NS3 (Hourly if not) |
| **Consumable Selection, Sourcing, and Ordering** | |
| General Lab Supplies & Consumables | N/A if ordered through NS3 (Hourly if not) |
| Method Specific Consumables and equipment, solvents, chemicals, reference standards | N/A if ordered through NS3 (Hourly if not) |
| **Complete Laboratory Design to optimize workflow** | |
| Lab design | $1,500 |
| **LIMS** | |
| Determine LIMS to use | TBD (billed hourly) |
| **Personnel** | |
| **Determine Personnel Needed** | |
| Develop optimal organizational chart | $200 |
| **Job Descriptions for Positions/Personnel Needed** | |
| Create Job Descriptions for Positions/Personnel Needed | TBD (billed hourly) |
| **Option 1: Interview/Hire for Open Positions** | |
| Review Resumes | TBD (billed hourly) |
| Interview for Open Positions | TBD (billed hourly) |
| **Option 2-Interview/Hire for Open Positions** | |
| Hire staffing agency | N/A |
| **ISO/IEC 17025** | |
| **Quality Management System Software** | |
| Review options and need for Quality Management System | $400 |
| Select QMS | N/A |
| Implement QMS | $7,000 |
| **Develop ISO 17025 Policies and Procedures for MHC** | |
| Develop Standard Operating Procedures | 14,000 |
| Create "Logging Systems" | $4,500 |

4