

14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

# NORTH STAR SCIENTIFIC SOLUTIONS LLC

## CONSULTING AGREEMENT-ADDENDUM B

### ADDENDUM TO CONSULTING AGREEMENT EXECUTED SEPTEMBER 22, 2021

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement as of the date first written above.

**MICHIGAN HEALTH CLINICS**

By: _[signature]_
Name: Jesse McLeod
Title: Laboratory Director

("Company")

**NORTH STAR SCIENTIFIC SOLUTIONS LLC**

By: _[signature]_
Name: Julie Taylor
Title: Member

("Consultant")

**EXHIBIT 3**

1

Exhibit 3 - Addendum B.pdf   1                                   2/22/2024  2:20:10 PM



14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

## EXHIBIT B (September 22, 2021) Phase 2

### DESCRIPTION OF CONSULTING SERVICES

Description of Services

1. The Consultant will ultimately complete the Project Plan attached to this addendum. The specific tasks (Phase 2) listed below in this section shall commence immediately upon executing this contract and receiving payment as described in Exhibit B (Compensation) of this addendum.
2. Further detail of the tasks listed below are in the original Project Plan and a summary attached to this addendum.
3. Completion of Phase 2 Tasks as described here.
    a. Laboratory, Instruments & Supplies
        i. Order Small Equipment
    b. Consumable Selection, Sourcing, and Ordering
        i. Order Consumables (Including solvents, standards, etc.)
    c. Analytical Methods
        i. Method Validation
            1. Prepare Validation Plan/Templates for Analytical Methods
        ii. SOPs/Work Instructions
            1. Begin developing SOPs for all test methods. 50% to be billed/completed with Phase 2. 50% to be completed/billed after validations are complete.
            2. Note: Final method SOPs cannot be complete until method validations are completed.
        iii. Sampling
            1. Develop On Site Sampling Procedures
            2. Develop Sampling Transportation and Security Procedures
    d. ISO/IEC 17025
        i. Quality Management System Software
            1. Implement ISO Policies and Procedures
            2. Train employees on ISO 17025 procedures
        ii. ISO 17025 Application & Assessment
            1. Submit ISO 17025 Application
    e. QBench LIMs
        i. Additional services, as needed (billed hourly.)

2

Exhibit 3 - Addendum B.pdf   2                                                                2/22/2024   2:20:14 PM



14143 Denver West Parkway Suite 100<br>
Golden, CO 80401<br>
(C) 720.295.7571<br>
julie@northstarscientificsolutions.com<br>
http://www.northstarscientificsolutions.com

## **EXHIBIT B (September 22, 2021) Phase 2**

### COMPENSATION

Consultant maintains two (2) payment arrangements for Services rendered by Consultant under this Addendum to the original Agreement. Fees for each task are described in the fee structure below. On a project fee basis, Company shall pay Consultant a certain amount of money, on the terms set forth below, to complete Phase 2 of the project described in Exhibit B September 22, 2021 above. On an hourly basis, Company shall pay Consultant at the rate of $200 for 1 (one) hour increments of Services, and Company agrees to pay Consultant according to the terms of the Consulting Agreement signed June 8, 2021. The Consultant will maintain a time sheet for hourly work to be submitted with the invoice.   The Parties agree to the following Payment:

- [X] **Project Fee**. Company shall pay Consultant $17,700 (the "Project Fee") to complete Phase 1 of the project described in Exhibit A 17, 2021 above. Select one of the following payment terms:

  - [ ] Company shall pay **fifty percent (50%)** of the Project Fee to Consultant prior to Consultant beginning any of the Services.

  - [X] Company shall pay **one hundred percent (100%)** of the Project Fee to Consultant prior to Consultant beginning any of the Services.

- [X] **Hourly**. Company shall pay Consultant at a rate of $200 per hour of Services.

Company shall pay the Payment to Consultant by the following method:

- [ ] **Check**.

  | | |
  |---|---|
  | Payable to: | North Star Scientific Solutions LLC |
  | Mailed to: | North Star Scientific Solutions LLC<br>14143 Denver West Parkway Suite 100<br>Golden, CO 80401<br>Attn:  Julie Taylor |

- [ ] **Credit Card**. Company shall be liable for a 2.9% processing fee.



14143 Denver West Parkway Suite 100  
Golden, CO 80401  
(C) 720.295.7571  
julie@northstarscientificsolutions.com  
http://www.northstarscientificsolutions.com

## FEE STRUCTURE

| Task | NS3 Fee |
|---|---|
| **Laboratory, Instruments & Supplies** | |
| **Instrument Selection, Sourcing, and Ordering** | |
| Small Equipment | N/A if ordered through NS3 (Hourly if not) |
| **Consumable Selection, Sourcing, and Ordering** | |
| General Lab Supplies & Consumables | N/A if ordered through NS3 (Hourly if not) |
| Method Specific Consumables and equipment, solvents, chemicals, reference standards | N/A if ordered through NS3 (Hourly if not) |
| **Method Validation** | |
| Method validation of analytical methods (validation plans) | $7,600 |
| **Analytical Methods** | |
| **SOPs/Work Instructions** | |
| Develop finalized SOPs for all methods (These will begin now, but will be finalized after validations are complete) | 50% of $18,200 |
| **Sampling** | |
| **Sampling Procedures** | |
| Develop On Site Sampling Procedures (SOP) | $800 |
| **ISO/IEC 17025** | |
| **Develop ISO 17025 Policies and Procedures for MHC** | |
| Implement ISO Policies and Procedures | TBD (billed hourly) |
| **ISO Specific Training** | |
| Train employees on ISO 17025 procedures | TBD (billed hourly/daily) |
| **ISO 17025 Application & Assessment** | |
| Submit ISO 17025 Application | $200 |
| **QBench LIMs** | |
| Services, as needed. | TBD (billed hourly/daily) |

4

Exhibit 3 - Addendum B.pdf   4                                                                          2/22/2024   2:20:14 PM