

14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

# NORTH STAR SCIENTIFIC SOLUTIONS LLC

## CONSULTING AGREEMENT-ADDENDUM C

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement as of the date first written above.

MICHIGAN HEALTH CLINICS

By: *[signature]*

Name: Jesse McLeod

Title: Laboratory Director

("Company")

NORTH STAR SCIENTIFIC SOLUTIONS LLC

By: *Julie Taylor*
Name: Julie Taylor
Title: Member

("Consultant")

**EXHIBIT 4**

1



14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

## EXHIBIT C Toxicology/Sciex Training

## DESCRIPTION OF CONSULTING SERVICES

Description of Services

1. Onsite training for new toxicology hire on Sciex LCMS March 14, 2022-March 18, 2022 to support completion of toxicology method validations.
2. Instrument Training
    a. Day to day instrument operation
    b. How to know whether the instrument is operating as intended
    c. Basic LCMS concepts
    d. Basic maintenance and troubleshooting
    e. LCMS analytical method basics
    f. Software Training
3. Data Analysis Training
    a. How to generate a results file from data
    b. Data acceptance criteria
    c. Integration on chromatograms
    d. Calibration curve parameters and generation
    e. Understanding data trends
    f. Understanding Quantifier and Qualifiers
4. Sample Preparation
    a. Sample preparation methods
    b. Calibration curve preparation
    c. Quality control sample preparations
    d. Stock solution preparation
5. Method Validation Overview
    a. Review validation principles
    b. Review validation plan





14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

## EXHIBIT C Toxicology/Sciex Training

## COMPENSATION

Consultant maintains two (2) payment arrangements for Services rendered by Consultant under this Addendum to the original Agreement. Fees for each task are described in the fee structure below. On a project fee basis, Company shall pay Consultant a certain amount of money, on the terms set forth below, to complete Toxicology/Sciex training described in <u>Exhibit C February 21, 2022</u> above. On a weekly basis (5 business days), Company shall pay Consultant at the rate of $7,500 for 1 (one) week increments of Services in addition to travel expenses, and Company agrees to pay Consultant according to the terms of the Consulting Agreement signed June 8, 2021. The Parties agree to the following Payment:

- [ ] **Project Fee**. Company shall pay Consultant $_____ (the "Project Fee") to complete Phase 1 of the project described in _____ above. Select one of the following payment terms:

    - [ ] Company shall pay **fifty percent (50%)** of the Project Fee to Consultant prior to Consultant beginning any of the Services.

    - [ ] Company shall pay **one hundred percent (100%)** of the Project Fee to Consultant prior to Consultant beginning any of the Services.

- [X] **Weekly.** Company shall pay Consultant at a rate of $7,500 per week of Services.

Company shall pay the Payment to Consultant by the following method:

- [ ] **Check**.

    Payable to:   North Star Scientific Solutions LLC
    Mailed to:    North Star Scientific Solutions LLC
                  14143 Denver West Parkway Suite 100
                  Golden, CO 80401
                  Attn: Julie Taylor

- [ ] **Credit Card**. Company shall be liable for a 2.9% processing fee.

3