

14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

## NORTH STAR SCIENTIFIC SOLUTIONS LLC

## CONSULTING AGREEMENT-ADDENDUM D

### ADDENDUM TO CONSULTING AGREEMENT EXECUTED June 8, 2021

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement as of the date first written above.

**MICHIGAN HEALTH CLINICS**

By: _____

Name: _____

Title: _____

("Company")

**NORTH STAR SCIENTIFIC SOLUTIONS LLC**

By: _____
Name: Julie Taylor
Title: Member

("Consultant")

**EXHIBIT 5**

1



14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

### **EXHIBIT D (April 7, 2022) Phase 3**

### **DESCRIPTION OF CONSULTING SERVICES**

Description of Services

1. The Consultant will ultimately complete the Project Plan attached to this addendum. The specific tasks (Phase 3) listed below in this section shall commence immediately upon executing this contract.
2. Further detail of the tasks listed below are in the original Project Plan and a summary attached to this addendum.
3. Completion of Phase 3 Tasks as described here.
    a. Analytical Methods
        i. Method Validation
            1. Prepare Validation Reports (MIT employee to complete validation experiments based on validation plans provided.) Data and information to be provided by MIT employee to NS3.
        ii. SOPs/Work Instructions
            1. Finalize SOPs for all test methods. 50% to be completed/billed after validations are complete.
            2. Note: Final method SOPs cannot be complete until method validations are completed.
        iii. Method Assessment Procedures
            1. Determine appropriate procedures to monitor method performance over time for each assay.
        iv. Method Training
            1. Cross train staff for assays as needed
        v. Sampling
            1. Training for Sampling Procedures
    b. ISO/IEC 17025
        i. Quality Management System Software
            1. Implement ISO Policies and Procedures
        ii. ISO Specific Training
            1. Train employees on ISO 17025 procedures
        iii. ISO 17025 Application & Assessment
            1. Submit ISO 17025 Application
        iv. ISO 17025 Application & Assessment
            1. ISO 17025 Practice Assessment
        v. ISO 17025 Assessment
        vi. ISO 17025 Corrective Actions and Accreditation
    c. Other, as needed. (To be determined)



14143 Denver West Parkway Suite 100  
Golden, CO 80401  
(C) 720.295.7571  
julie@northstarscientificsolutions.com  
http://www.northstarscientificsolutions.com

### EXHIBIT D (April 7, 2022) Phase 3

### COMPENSATION

Consultant maintains two (2) payment arrangements for Services rendered by Consultant under this Addendum to the original Agreement. Fees for each task are described in the fee structure below. On a project fee basis, Company shall pay Consultant a certain amount of money, on the terms set forth below, to complete Phase 3 of the project described in Exhibit D April 7, 2022 above. On an hourly basis, Company shall pay Consultant at either an hourly, daily, or weekly rate for Services, according to the fees below. and Company agrees to pay Consultant according to the terms of the Consulting Agreement signed June 8, 2021. The Consultant will maintain a time sheet for work to be submitted with the invoice.  The Parties agree to the following Payment structure:

- [X] **Hourly**.  Company shall pay Consultant at a rate of $200 per hour of Services for remote services.

- [X] **Onsite Daily**.  Company shall pay Consultant at a rate of $1,500 per day per person for onsite Services (less than 5 consecutive days).

- [X] **Onsite Weekly**.  Company shall pay Consultant at a rate of $7,000 per week per person for Services when 5 or more consecutive days of onsite work are scheduled (replaces On site Daily Rate)

Company shall pay the Payment to Consultant by the following method:

- [ ] **Check**.

        Payable to:    North Star Scientific Solutions LLC

        Mailed to:    North Star Scientific Solutions LLC  
                          14143 Denver West Parkway Suite 100  
                          Golden, CO 80401  
                          Attn:  Julie Taylor

- [ ] **Credit Card**.  Company shall be liable for a 2.9% processing fee.



14143 Denver West Parkway Suite 100
Golden, CO 80401
(C) 720.295.7571
julie@northstarscientificsolutions.com
http://www.northstarscientificsolutions.com

## FEE STRUCTURE

Consultant originally provided Project Plan (June 8, 2021) with Project Fees for deliverables. Deliverables were initially intended to be completed remotely. However, Consultant will be on site more than anticipated. Consultant will track time for deliverables, whether on site or remote and paid based on the Compensation section of this Addendum. Billable time for each deliverable will not exceed the time/fee noted in the Project Plan, where applicable.

| Task/Deliverable | NS3 Max. Fee from "Original Project Plan" |
|---|---|
| **Laboratory Set Up** | |
| Set up small equipment | $7,500 |
| Small Equipment Calibration | $3,000 |
| **Analytical Methods** | |
| **Method Development** | |
| Method Development of analytical methods | TBD (billed hour/daily) |
| Method Optimization | TBD (billed hour/daily) |
| **Method Validation** | |
| Validation Reports | $57,750 |
| **Method Assessment Procedures** | |
| Determine appropriate procedures to monitor method performance over time for each assay. | $5,775 |
| **SOPs/Work Instructions** | |
| Develop finalized SOPs for all methods | $9,600 (Remaining 50%) |
| Develop Work Instructions | $7,000 |
| **Method Training** | |
| Cross train staff for assays as needed | TBD (billed hourly/daily/weekly) |
| **Sampling** | |
| **Sampling Procedures** | |
| Training for Sampling Procedures | $800 |
| **ISO/IEC 17025** | |
| **Quality Management System Software** | |
| Implement QMS | $7,000 |
| **ISO Specific Training** | |
| Train employees on ISO 17025 procedures | TBD (billed hourly/daily/weekly) |
| **ISO 17025 Application & Assessment** | |
| ISO 17025 Practice Assessment | $3,000 |
| ISO 17025 Assessment | $4,500 |
| ISO 17025 Corrective Actions and Accreditation | $7,000 |
| **Other, As needed** | |
| To be determined | TBD (billed hourly/daily/weekly) |