**2/20/2024**

**Type: Invoices Status: Open Delivery Method: Any Date: All**

| Date | Type | No. | Customer | Due date | Aging | Balance | Amount | Status |
|---|---|---|---|---|---|---|---|---|
| 11/06/2023 | Invoice | 10280 | Michigan Health Clinics | 11/06/2023 | 106 | $ 3,853.00 | 3,853.00 | overdue |
| 09/18/2023 | Invoice | 10248 | Michigan Health Clinics | 09/18/2023 | 155 | $ 1,569.90 | 1,569.90 | overdue |
| 09/06/2023 | Invoice | 10241 | Michigan Health Clinics | 09/06/2023 | 167 | $ 14,387.36 | 14,387.36 | overdue |
| 08/31/2023 | Invoice | 10236 | Michigan Health Clinics | 08/31/2023 | 173 | $ 713.16 | 713.16 | overdue |
| 08/01/2023 | Invoice | 10219 | Michigan Health Clinics | 08/01/2023 | 203 | $ 22,313.72 | 22,313.72 | overdue |
| 07/31/2023 | Invoice | 10215 | Michigan Health Clinics | 07/31/2023 | 204 | $ 2,805.68 | 5,805.68 | overdue |
| 07/29/2023 | Invoice | 10214 | Michigan Health Clinics | 07/29/2023 | 206 | $ 18,650.29 | 18,650.29 | overdue |
| 07/14/2023 | Invoice | 10202 | Michigan Health Clinics | 07/14/2023 | 221 | $ 135.14 | 2,339.87 | overdue |
| 07/07/2023 | Invoice | 10201 | Michigan Health Clinics | 07/07/2023 | 228 | $ 14,986.83 | 14,986.83 | overdue |
| 07/05/2023 | Invoice | 10200 | Michigan Health Clinics | 07/05/2023 | 230 | $ 13.61 | 286.02 | overdue |
| 06/19/2023 | Invoice | 10187 | Michigan Health Clinics | 06/19/2023 | 246 | $ 15,985.95 | 15,985.95 | overdue |
| 05/03/2023 | Invoice | 10147 | Michigan Health Clinics | 05/03/2023 | 293 | $ 2,217.89 | 14,154.29 | overdue |
| 04/05/2023 | Invoice | 10115 | Michigan Health Clinics | 04/05/2023 | 321 | $ 879.90 | 5,615.36 | overdue |
| 04/03/2023 | Invoice | 10121 | Michigan Health Clinics | 04/03/2023 | 323 | $ 2,928.79 | 17,112.08 | overdue |
| | | | | **Total** | | **$ 101,441.22** | | |

**EXHIBIT 6**