12:15



**Brett Moeller, David Stockman**  •••

> Can you please make payments today. I need to schedule 2 surgeries and can't afford to do them until I get paid.
>
> Oct 23 at 09:50

> Can someone please let me know what the hell is going on? My patience for lack of communication and lack of follow through is gone. I need to schedule these surgeries.
>
> Oct 24 at 13:06



> Yes. Sorry. When you texted yesterday I was in bfe

> I will get you 10-15 today
>
> David Stockman • Oct 24 at 13:13

> Thank you.
>
> Oct 24 at 13:16

> Again, no follow through. Enough is enough.
>
> Oct 25 at 08:58

> Hey Julie I am sorry for the delay I was out of town can I get you a payment when I get back to the office tonight?

  Type a message  

**EXHIBIT 7**