Brett Moeller, David Stockman   •••

**$10,500 is not the $25k you agreed to.**

**I don't know why you are being so dismissive and disrespectful. This is not a joke, despite the fact that you seem to be treating it that way.**

**It's up to you to do the right thing. Pay the $25k you said you would pay yesterday and send the proposed payment plan in writing, by the end of the weekend.**

Oct 28 at 17:26

 Julie I will try and get you more soon this week.

David Stockman • Oct 30 at 11:48

**I hope so…. I still need that payment plan. It's long over due….**

Oct 30 at 18:20

**Can you pay invoices today?**

Nov 6 at 09:56

**Hello! I hope you had a nice Thanksgiving! Any chance you can make some small payments today?**

Tue 12:51

  Type a message  

EXHIBIT 8