

Charles M.R. Vethan*+  
Joseph L. Lanza  
Gina Hong  
Lauren Wilman  
Braxton Evans  
Kristen Aust  

Daniel Sera, Of Counsel  

+ Licensed in Texas and California  

*Board Certified in Civil Trial Law and  
 Consumer & Commercial Law by the  
 Texas Board of Legal Specialization.

cvethan@vethanlaw.com  
kaust@vethanlaw.com

December 12, 2023

Michigan Health Clinics  
Michigan Institute of Toxicology  
Dr. David Stockman, *Chief Executive Officer*　　　　　　　　　　　　　　　　　*Via FedEx*  
3925 Fortune Blvd  
Saginaw, MI 48603

**RE:　Demand on behalf of North Star Scientific Solutions, LLC for Payment of Service Fees Related to the Consulting Agreement.**

Dear Dr. Stockman,

The Vethan Law Firm, PC ("VLF") is representing North Star Scientific Solutions ("North Star") in pursuit of payment from Michigan Health Clinics ("MHC") for the agreed-upon service fees related to the equipment and consumables provided under the Consulting Agreement ("Agreement") entered between North Star and Michigan Health on June 8, 2021.

Unfortunately, a concerning pattern has emerged regarding the timely settlement of invoices to MHC. While MHC managed to bring all outstanding invoices up to date in February of 2023, subsequent months have seen a recurrence of delays with various excuses on MHC's end.

As of the date of this letter, the outstanding balance currently stands at $97,146.15, encompassing charges for the services North Star has rendered. This balance accrues an ongoing late fee of five percent (5%), automatically applied every thirty (30) days as shown on the invoices. Regrettably, despite numerous attempts to resolve this matter, including several communications with you, Dr. Stockman and Mr. Brett Moeller, this issue persists. On September 15, 2023, you committed to providing a payment plan, yet to date, no such plan has been presented. Furthermore, promises of partial payments made subsequently were not fulfilled, with the last received payment on October 27, 2023, falling significantly short of the agreed amount.



EXHIBIT 9

The amounts demanded are as follows:
1. <u>Upfront Payment of the Outstanding Balance</u>. North Star is owed **Ninety-Seven Thousand One Hundred and Forty-Six and 15/100 Dollars ($97,146.15)** for North Star's performance under the Agreement.

2. <u>Attorney's Fees</u>. North Star will be demanding its attorney's fees should litigation be pursued.

MHC has benefited from the services rendered by North Star, securing their license from the Michigan Regulatory Agency (MRA) through North Star's efforts. Specifically, North Star has provided equipment, consumables, and has incurred necessary travel expenses. Despite Dr. Stockman's assurance that payment for North Star's services would become more manageable post-licensing, the agreed-upon fees remain unpaid, even after numerous requests. It is regrettable that MHC has taken this course of action, putting North Star in an undesirable position.

North Star insists on the payment of the outstanding balance, as detailed above, within five (5) days from the receipt of this letter. We anticipate receiving your prompt and full payment to North Star to prevent any further escalation of this matter.

Should you have any inquiries or require further clarification, please feel free to contact me directly at 713-526-2222 or by email at cvethan@vethanlaw.com and copy kaust@vethanlaw.com.

Regards,

*Charles M.R. Vethan*

Charles M.R. Vethan